IN THE COURT OF APPEALS OF TENNESSEE
AT NASHVILLE
Assigned on Briefs May 31, 2002

**WAYNE M. FULLER v. DONAL CAMPBELL, ET AL.**

**Appeal from the Chancery Court for Davidson County**
**No. 01-684-III      Ellen Hobbs Lyle, Chancellor**

---

**No. M2001-01719-COA-R3-CV - Filed January 16, 2003**

---

WILLIAM C. KOCH, JR., J., concurring

I concur in Section II(C) of the court's opinion.

WILLIAM C. KOCH, JR., JUDGE